# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ROBERT E. SCOTT                   Case No.: 5-14-05813-RNO
MURIEL SCOTT                      Chapter 13
        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SELECT PORTFOLIO SERVICING |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 2857 |
| Property Address if applicable: | 3253 PENN ESTATES, EAST STROUDSBURG, PA 18301-8184 |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,640.24 |
| b. | Prepetition arrearages paid by the Trustee: | $3,640.24 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $3,640.24 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: January 27, 2020            Respectfully submitted,

                         s/ Charles J. DeHart, III, Trustee
                         Standing Chapter 13 Trustee
                         Suite A, 8125 Adams Drive
                         Hummelstown, PA  17036
                         Phone:  (717) 566-6097
                         Fax:  (717) 566-8313
                         eMail:  dehartstaff@pamd13trustee.com

Creditor Name: SELECT PORTFOLIO SERVICING
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 0080  | 1144009 | 02/03/2016 | $288.31   | $0.00    | $288.31    |
| 0080  | 1145649 | 03/02/2016 | $271.65   | $0.00    | $271.65    |
| 0080  | 1147432 | 04/06/2016 | $271.65   | $0.00    | $271.65    |
| 0080  | 9003030 | 05/04/2016 | $271.65   | $0.00    | $271.65    |
| 0080  | 9003116 | 06/14/2016 | $271.65   | $0.00    | $271.65    |
| 0080  | 9003116 | 06/28/2016 | $-271.65  | $0.00    | $-271.65   |
| 0080  | 9003192 | 07/07/2016 | $543.30   | $0.00    | $543.30    |
| 0080  | 9003273 | 08/04/2016 | $271.65   | $0.00    | $271.65    |
| 0080  | 9003355 | 09/01/2016 | $275.10   | $0.00    | $275.10    |
| 0080  | 9003435 | 10/05/2016 | $275.10   | $0.00    | $275.10    |
| 0080  | 9003517 | 11/02/2016 | $270.50   | $0.00    | $270.50    |
| 0080  | 9003600 | 12/06/2016 | $270.49   | $0.00    | $270.49    |
| 0080  | 9003682 | 01/12/2017 | $270.50   | $0.00    | $270.50    |
| 0080  | 9003682 | 02/03/2017 | $-270.50  | $0.00    | $-270.50   |
| 0080  | 9003761 | 02/08/2017 | $541.00   | $0.00    | $541.00    |
| 0080  | 9003836 | 03/09/2017 | $89.84    | $0.00    | $89.84     |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ROBERT E. SCOTT  Case No.: 5-14-05813-RNO
MURIEL SCOTT  Chapter 13
      Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 27, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>3217 S. DECKER LAKE DRIVE<br>SALT LAKE CITY, UT, 84115 | SERVED BY 1ST CLASS MAIL |
| ROBERT E. SCOTT<br>MURIEL SCOTT<br>1239 KENSINGTON DRIVE<br>EAST STROUDSBURG, PA 18301 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 27, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com