```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 14-05813-RNO
Robert E. Scott                                                   Chapter 13
Muriel Scott
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Jan 29, 2020
                              Form ID: 3180W               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db/jdb         +Robert E. Scott,    Muriel Scott,    1239 Kensington Drive,    East Stroudsburg, PA 18301-6784
cr             +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
4585595       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE CORP,      201 LITTLE FALLS DRIVE,
                 WILMINGTON, DE 19808)
4585597        +BEST BUY/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4585604        +ED FINANCIAL SERVICES LLC,    120 N SEVEN OAKS DR,    KNOXVILLE, TN 37922-2359
4594732        +Edfinancial on behalf of US Dept. of Education,     120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
5155011        +Federal Home Loan Mortgage Corporation, as Truste,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
5155012        +Federal Home Loan Mortgage Corporation, as Truste,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    Federal Home Loan Mortgage Corporation,,
                 84119-3284
4585607        +KENNETH ZAHL MD,    200A EAGLESMERE CIRCLE,    EAST STROUDSBURG, PA 18301-3100
4585594        +MEGAN YOUNG / ELIZABETH POTITO,    NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO,     712 MONROE STREET,
                 STROUDSBURG, PA 18360-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: WFFC.COM Jan 30 2020 00:13:00     Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,
                 MAC X7801-014,   3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
4590840         EDI: HNDA.COM Jan 30 2020 00:13:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
4588383         EDI: AIS.COM Jan 30 2020 00:13:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4585596         EDI: BANKAMER.COM Jan 30 2020 00:13:00     BANK OF AMERICA,    PO BOX 982235,
                 EL PASO, TX 79998-2235
4585598        +EDI: CHASE.COM Jan 30 2020 00:13:00     CHASE BANK USA,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
4585599        +EDI: WFNNB.COM Jan 30 2020 00:13:00     COMENITY BANK/MAURICES,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
4585600        +E-mail/Text: msanchez@coordinatedhealth.com Jan 29 2020 19:42:14      COORDINATED HEALTH,
                 2775 SCHOENERSVILLE RD,    BETHLEHEM, PA 18017-7394
4613247         EDI: BL-BECKET.COM Jan 30 2020 00:13:00     Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4586312        +E-mail/Text: bankruptcy@cavps.com Jan 29 2020 19:42:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4630130        +EDI: CITICORP.COM Jan 30 2020 00:13:00     Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
4585602        +E-mail/Text: BKRMailOps@weltman.com Jan 29 2020 19:42:13      DISCOVER BANK,
                 C/O WELTMAN WEINBERG REIS,    325 CHESTNUT ST SUITE 501,    PHILA., PA 19106-2605
4585601         EDI: DISCOVER.COM Jan 30 2020 00:13:00     DISCOVER BANK,    12 READS WAY,
                 NEW CASTLE, DE 19720
4585603         EDI: DISCOVER.COM Jan 30 2020 00:13:00     DISCOVER FINANCIAL SERVICES,    PO BOX 15316,
                 WILMINGTON, DE 19850
4588232         EDI: DISCOVER.COM Jan 30 2020 00:13:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
4585605        +EDI: PRA.COM Jan 30 2020 00:13:00     GECRB/JC PENNEY,    C/O PORTFOLIO RECOVERY ASSOC,
                 120 CORPORATE BLVD STE 100,    NORFOLK, VA 23502-4952
4585606        +EDI: CITICORP.COM Jan 30 2020 00:13:00     HOME DEPOT/CITIBANK,    PO 6497,
                 SIOUX FALLS, SD 57117-6497
4585608        +E-mail/Text: bncnotices@becket-lee.com Jan 29 2020 19:41:40      KOHLS/CAPONE,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
4585609         E-mail/Text: bankruptcynotice@nymcu.org Jan 29 2020 19:42:22      MUNICIPAL CREDIT UNION,
                 22 CORTLANDT ST,    NEW YORK, NY 10007
4602798         E-mail/Text: bankruptcynotice@nymcu.org Jan 29 2020 19:42:22      MUNICIPAL CREDIT UNION,
                 LOSS PREVENTION/COLLECTIONS,    22 CORTLANDT STREET, 24 FLR,    NEW YORK, NY 10007
4631226         EDI: PRA.COM Jan 30 2020 00:13:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4606476         EDI: Q3G.COM Jan 30 2020 00:13:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
4923578        +EDI: Q3G.COM Jan 30 2020 00:13:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
4923577        +EDI: Q3G.COM Jan 30 2020 00:13:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
4585610        +EDI: RMSC.COM Jan 30 2020 00:13:00     SYNCB/LENS CRAFTERS,    C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
4585611        +EDI: RMSC.COM Jan 30 2020 00:13:00     SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4585612        +EDI: RMSC.COM Jan 30 2020 00:13:00     SYNCHRONY BANK/JC PENNEY,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
```

```
District/off: 0314-5          User: AutoDocke          Page 2 of 2          Date Rcvd: Jan 29, 2020
                              Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4585613         +EDI: RMSC.COM Jan 30 2020 00:13:00      SYNCHRONY BANK/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
4585614         +EDI: RMSC.COM Jan 30 2020 00:13:00      SYNCHRONY BANK/WALMART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
4633793          EDI: RMSC.COM Jan 30 2020 00:13:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4585615         +E-mail/Text: bknotice@ercbpo.com Jan 29 2020 19:42:11       T-MOBILE,
                 C/O ENHANCED RECOVERY CORP,    PO BOX 57547,    JACKSONVILLE, FL 32241-7547
4585616          EDI: WFFC.COM Jan 30 2020 00:13:00      WELLS FARGO HOME MORTGAGE,    PO BOX 10335,
                 DES MOINES, IA 50306-0335
4603086         +EDI: WFFC.COM Jan 30 2020 00:13:00      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Dept.,   MAC# D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
                                                                                               TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4585593*        +MURIEL SCOTT,    1239 KENSINGTON DRIVE,    EAST STROUDSBURG, PA 18301-6784
4585592*        +ROBERT E. SCOTT,    1239 KENSINGTON DRIVE,    EAST STROUDSBURG, PA 18301-6784
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino     on behalf of Debtor 2 Muriel   Scott
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent   Rubino     on behalf of Debtor 1 Robert E. Scott
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                                 TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert E. Scott<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0203<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Muriel Scott<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4616<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:14–bk–05813–RNO

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert E. Scott
aka Robert Eugene Scott, aka Robert Scott

Muriel Scott

**By the court:**

*[signature]*

1/29/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**